UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GIRAY C. BIYIKLIOGLU**  **CIVIL ACTION**

**VERSUS**  **NO. 14-1684**

**ST. TAMMANY PARISH JAIL, ET AL.**  **SECTION I**

## ORDER

Considering the complaint,[1] the record, the applicable law, the Partial Report and Recommendation,[2] the plaintiff's objection,[3] and the response[4] filed by defendant, U.S. Marshal Genny May, the Court **OVERRULES** plaintiff's objection. The Court approves and adopts as its opinion the portions of the U.S. Magistrate Judge's Partial Report and Recommendations recommending that (1) U.S. Marshal Genny May's motion to dismiss pursuant to Rule 12(b)(6) be granted, and (2) that plaintiff's claims against U.S. Marshal Genny May, the St. Tammany Parish Jail and the U.S. Marshal's Service be dismissed. Accordingly,

---

[1] R. Doc. No. 1.
[2] R. Doc. No. 46.
[3] R. Doc. No. 48.
[4] R. Doc. No. 50.

1

**IT IS ORDERED** that the motion to dismiss is **GRANTED** and that plaintiff's claims against U.S. Marshal Genny May, the St. Tammany Parish Jail, and the U.S. Marshals Service are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, June 29, 2015.

_____
　　　　　**LANCE M. AFRICK**
　　　　　**UNITED STATES DISTRICT JUDGE**